CAULDWELL-WINGATE COMPANY et al., Respondents, v. STATE OF NEW YORK, Appellant.  (Claim No. 21953.)

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.